**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NARLINE EWERS,

                      Plaintiff,

            -against-

MONTEFIORE MEDICAL CENTER,

                      Defendant.
-----------------------------------------------------------------

**ORDER**

**23-cv-1025 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of Plaintiff's letter request to amend the complaint. Dkt. No. 31. Parties are directed to meet and confer about whether Defendant consents to the amended pleading by **August 9, 2023**. The Court will expect an update on discussions at the Initial Case Management Conference scheduled for August 16, 2023 at 11:00am. Thereafter, if there is not mutual consent, the Court will determine whether justice requires leave to amend pursuant to Fed. R. Civ. P. 15(a)(2).

       SO ORDERED.

Dated:    New York, New York
             July 21, 2023

                                                                          _____
                                                                                 JENNIFER E. WILLIS
                                                                                 United States Magistrate Judge